# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
### LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX 1100 EAST MAIN STREET, SUITE 501
### RICHMOND, VIRGINIA 23219-3517
### WWW.CA4.USCOURTS.GOV

**NWAMAKA ANOWI**
**CLERK**

**TELEPHONE**
**(804) 916-2700**

March 21, 2025

To:      Eric Chibueze Nwaubani

From:      Nwamaka Anowi

Re:      Show cause hearing scheduled for March 25, 2025

       The show cause hearing scheduled for March 25, 2025, has been removed from the oral argument calendar.