FILED: June 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2195
(1:21-cv-02295-JRR)

_____

HARRY A. BOLDEN

  Plaintiff - Appellant

v.

BALTIMORE GAS AND ELECTRIC COMPANY

  Defendant - Appellee

------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

  Amicus Curiae

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Harris, and

Judge Berner.

                                            For the Court

                                            <u>/s/ Nwamaka Anowi, Clerk</u>